**BRUCE ROBERTSON, JR.**
**ATTORNEY AT LAW**

8100 Broadway, Suite 102
San Antonio, Texas 78209
(210) 225-4001 Telephone
(210) 224-2417 Facsimile
brucerobertsonlaw@sbcglobal.net

Board Certified
Civil Trial Law
Texas Board Legal Specialization

Board Certified
Personal Injury Trial Law
Texas Board Legal Specialization

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/6/2015 12:39:54 PM
CHRISTOPHER A. PRINE
Clerk

March 27, 2015

Mr. Armando Trevino
Ramos - Trevino
1519 Washington Street
Laredo, Texas 78042

Re:   No. 2008-PC-3026
      Probate Court No. Two, Bexar County, Texas

Dear Mr. Trevino:

Please, send me a copy of your appellant's brief an its your appendix which the clerk of the court says that you filed on March 20, 2105.

You are required to serve me with these documents on the same date as you file them with the clerk of the court. T.R.A.P. 9.5. You have refused to do so in spite of my last two letters to you.

Yours truly,

Bruce Robertson, Jr.

CERTIFIED MAIL - RETURN RECEIPT REQUESTED # 70131090000042809794

xc:   Mr. Christopher A. Prine
      Via Fax: (713) 755-8131



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

7013 1090 0000 4280 9794

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

ALAMO HEIGHTS STATION
MAR 27 2015
SAN ANTONIO, TEXAS 78209

Sent To  Armando Trevino

Street, Apt. No.; or PO Box No.  1519 Washington Street

City, State, ZIP+4  Laredo, TX. 78042

PS Form 3800, August 2006          See Reverse for Instructions

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Armando Trevino
Ramos - Trevino
1519 Washington Street
Laredo, TX. 78042

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Maura Salinas_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                3·30·15

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Certified Mail®   ☐ Priority Mail Express™
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7013 1090 0000 4280 9794

PS Form **3811**, July 2013          Domestic Return Receipt